# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** | : |
| Plaintiff, | : Case No. 6:21-cv-975-PGB-DCI |
| v. | : District Judge Paul Byron |
| **CENTERS FOR DISEASE CONTROL & PREVENTION** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of a related action currently before the U.S. Court of Appeals for the District of Columbia Circuit: *Corbett v. Transportation Security Administration*, Case No. 21-1074.

*Corbett*, like the instant case, challenges the three security directives and one emergency amendment issued by Defendant TSA that make up part of the Federal Transportation Mask Mandate ("FTMM")[1] as beyond TSA's statutory authority.

---

[1] The Federal Transportation Mask Mandate consists of: 1) Executive Order 13998, 86 Fed. Reg. 7205 (Jan. 26, 2021); 2) Department of Homeland Security Determination 21-130 (Jan. 27, 2021); 3) Centers for Disease Control & Prevention Order "Requirement for Persons To Wear Masks While on Conveyances & at Transportation Hubs," 86 Fed. Reg. 8,025 (Feb. 3, 2021); 4) Transportation Security Administration Security Directives 1542-21-01A, 1544-21-02A, and 1582/84-21-01A (May 12, 2021); and 5) TSA Emergency Amendment 1546-21-01A (May 12, 2021).

*Corbett* does not, however, challenge the other orders that comprise the FTMM issued by Federal Defendants other than TSA.

Case Status: Petitioner's brief filed May 20, 2021; TSA's brief filed June 9; petitioner's reply brief due June 30; oral argument date not yet set.

Respectfully submitted this 19th day of June 2021.

*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com