UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCAS WALL,

    Plaintiff,

vs.   CASE NO.:  6:21-CV-00975-PGB-DCI

CENTERS FOR DISEASE CONTROL
AND PREVENTION; DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
TRANSPORTATION SECURITY
ADMINISTRATION; DEPARTMENT OF
HOMELAND SECURITY; DEPARTMENT
OF TRANSPORTATION; JOSEPH BIDEN,
in his official capacity as President of the
United States of America; GREATER
ORLANDO AVIATION AUTHORITY; and
CENTRAL FLORIDA REGIONAL
TRANSPORTATION AUTHORITY,

    Defendants.
_____/

**JOINT NOTICE OF COMPLIANCE WITH COURT
ORDER [DOC. 30] REGARDING DETERMINATION
OF EXEMPTION TO FILING CASE MANAGEMENT REPORT**

Plaintiff, Lucas Wall, and Defendants, Centers for Disease Control and Prevention, Department of Health and Human Services, Transportation Security Administration, Department of Homeland Security, Department of Transportation, Joseph Biden, in his official capacity as President of the United States Of America, Greater Orlando Aviation Authority, and Central Florida Regional Transportation Authority, hereby certify that, in compliance with this Court's directions in the Order dated June 17, 2021 (Doc. 30), they have consulted

Local Rule 3.02 and conferred with each other, and have determined that this action falls under the exception in Local Rule 3.02(d)(2): an action for review on an administrative record that is not under the Employee Retirement Income Security Act of 1974.  Accordingly, pursuant to Local Rule 3.02(a), no case management conference or case management report is required of the parties at this time.

                                                            Respectfully submitted,

 /s/ *Lucas Wall*                           /s/ *Sally R. Culley*
Lucas Wall                                             Daniel J. Gerber
E-mail:  lucas.wall@yahoo.com         Florida Bar No.:  0764957
435 10th St NE                             E-mail:  dgerber@rumberger.com
Washington, DC 20002                 Suzanne Barto Hill
Tel:  202.351.1735                      Florida Bar No.:  0846694
                                                 E-mail:  shill@rumberger.com
*Plaintiff, Pro Se*                          Sally Rogers Culley
                                                 Florida Bar No.:  0095060
                                                 E-mail:  sculley@rumberger.com
                                                 Patrick M. Delaney
                                                 Florida Bar No.:  85824
                                                 E-mail:  pdelaney@rumberger.com
                                                 Rumberger, Kirk & Caldwell, P.A.
                                                 300 South Orange Avenue, Suite 1400
                                                 Orlando, Florida 32801
                                                 Tel:  407.872.7300
                                                 Fax:  407.841.2133

                                                 *Attorneys for Defendant,  Greater*
                                                    *Orlando Aviation Authority*

| | |
|---|---|
| /s/ *Stephen M. Pezzi* | /s/ *David S. Wood* |
| Marcia K. Sowles | David S. Wood |
|    Senior Trial Counsel | Florida Bar No.: 289515 |
| Stephen Michael Pezzi | E-mail: david.wood@akerman.com |
|    Trial Attorney | Monica M. Kovecses |
| E-mail: stephen.pezzi@usdoj.gov | Florida Bar No. 105382 |
| United States Department of Justice | E-mail: monica.kovecses@akerman.com |
| Civil Division | Akerman LLP |
| Federal Programs Branch | Post Office Box 231 |
| 1100 L Street NW | Orlando, FL 32802-0231 |
| Washington, DC 20005 | Tel: 407.423.4000 |
| Tel: 202.305.8576 | Fax: 407.843-6610 |

Adam R Smart
Assistant United States Attorney
E-mail: adam.smart@usdoj.gov
United States Attorney's Office
400 W. Washington St., Suite 3100
Orlando, FL 32801
Tel: 407.648-7500

*Attorneys for Defendants, Centers for Disease Control & Prevention, Department of Health & Human Services, Transportation Security Administration, Department of Homeland Security, Department of Transportation and Joseph Biden, in his official capacity as President of the United States*

*Attorneys for Defendant, Central Florida Regional Transportation Authority*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to any attorneys of record and to Plaintiff, Lucas Wall.

/s/ *Sally R. Culley*
SALLY ROGERS CULLEY
Florida Bar No.: 0095060
E-mail: sculley@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300 / Fax: 407.841.2133

*Attorneys for Defendant,*
 *Greater Orlando Aviation Authority*

15527051.v1