# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LUCAS WALL,

        Plaintiff,

v.

CENTERS FOR DISEASE
CONTROL AND PREVENTION,
*et al.*,

        Defendants.

Case No. 6:21-cv-975-PGB-DCI

## **NOTICE**

Federal Defendants file this notice to inform the Court and the other parties that the Transportation Security Administration (TSA) Security Directives and Emergency Amendment (collectively, the "Security Directives") challenged in this case have now been extended through January 18, 2022. *See* TSA, National Press Release, *TSA Extends Face Mask Requirement Through January 18, 2022*, https://go.usa.gov/xFz2Y. The extension was implemented by issuance of renewed Security Directives to all regulated entities. Those documents, which are attached to this Notice, are substantively identical to the directives referenced in the parties' prior filings and which expire on September 13, 2021, except for the dates of effect and expiration. Federal Defendants have also attached a signed Action Memorandum, by which TSA Administrator David P. Pekoske formally approved renewal of the Security Directives.

Dated: September 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

KARIN HOPPMANN
Acting United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By: */s/ Stephen M. Pezzi*
    MARCIA K. SOWLES
      Senior Trial Counsel
    STEPHEN M. PEZZI
      Trial Attorney
    United States Department of Justice
    Civil Division
    Federal Programs Branch
    1100 L Street NW
    Washington, DC 20005
    Telephone: 202-305-8576
    Email: stephen.pezzi@usdoj.gov

ADAM R. SMART
Assistant United States Attorney
USA No. 195
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email:  adam.smart@usdoj.gov

*Counsel for the Federal Defendants*

## CERTIFICATE OF SERVICE

Although Plaintiff is proceeding *pro se*, he has been authorized by the Court to use the CM/ECF system. ECF No. 14. Accordingly, Plaintiff (along with counsel for all other parties) will receive service of this filing through the CM/ECF system.

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice