UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** | : |
| Plaintiff, | : Case No. 6:21-cv-975-PGB-DCI |
| v. | : District Judge Paul Byron |
| **CENTERS FOR DISEASE CONTROL & PREVENTION** *et al.* | : Magistrate Judge Daniel Irick |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

COMES NOW plaintiff, *pro se*, pursuant to Local Rule 3.01(i), and advises the Court to please TAKE NOTICE of supplemental authority in support of my Motion for Summary Judgment Against All Federal Defendants on Counts 1, 4-6, 9, 12, 19, & 22-23 of the Complaint. Doc. 83; amended at Doc. 127-1.

1. A Citation of the Authority: *Alabama Ass'n of Realtors v. HHS*, U.S. Supreme Court No. 21A23 (Aug. 26, 2021).

2. A Specification by Page of the Issue or Argument in the Earlier Paper that the Authority Supplements: Doc. 127-1 at 5-15.

3. A Succinct Quotation from the Authority: "It would be one thing if Congress had specifically authorized the action that the CDC has taken. But that has not happened. Instead, the CDC has imposed a nationwide moratorium on evictions in reliance on a decades-old statute that authorizes it to implement

1

measures like fumigation and pest extermination. It strains credulity to believe that this statute grants the CDC the sweeping authority that it asserts. … Regulations under this authority have generally been limited to quarantining infected individuals and prohibiting the import or sale of animals known to transmit disease. … the sheer scope of the CDC's claimed authority under [Public Health Service Act] § 361(a) would counsel against the Government's interpretation."

Respectfully submitted this 20th day of October 2021.

*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com