# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** : | |
| : | |
| Plaintiff, : | Case No. 6:21-cv-975-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **CENTERS FOR DISEASE** : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* : | |
| : | |
| Defendants. : | |

## PLAINTIFF'S NOTICE OF INTERNATIONAL
## FLIGHT REBOOKING FROM DEC. 1 TO DEC. 10

COMES NOW plaintiff, *pro se*, and asks the Court to please TAKE NOTICE that my United Airlines flight from Orlando to Frankfurt, Germany, to visit my brother and his wife has been rebooked from Dec. 1 to Dec. 10 since the Court has not yet ruled on my Motion for Summary Judgment (Doc. 83).

I informed the Court on Oct. 21 that I had a ticket booked from Orlando to Frankfurt on Dec. 1. Doc. 162-1. However, the Court still has not ruled on my Motion for Summary Judgment, preventing me from flying yesterday. Therefore, I had to change that reservation to Dec. 10 – and I will continue to change it every 10 days until this Court strikes down the *ultra vires* Federal Transportation Mask Mandate ("FTMM") and International Traveler Testing Requirement ("ITTR"). The Court is well aware I have been trying to visit my family in Germany since July,

1

yet have been consistently blocked by the Federal Defendants because of the FTMM and ITTR. And sadly the Court has taken no action to vacate the challenged mandates so that I may see my brother and sister-in-law who reside overseas.

I file this Notice because the magistrate judge and the Federal Defendants improperly allege I lack standing to challenge the ITTR because I don't have an international flight booked. As I argued in my objections to the pending Report & Recommendation (Doc. 155), I already suffered concrete injuries giving me Article III standing to challenge the ITTR when I was unable to take prior booked flights to Germany because of the unlawful ITTR (as well as FTMM). Doc. 171 at 29-30. Even so, I maintain that standing because of my future booked ticket to visit Germany, despite the Federal Defendants' argument in the response to my objections they filed yesterday. Doc. 172 at 17-19.

I will continue filing a Notice every 10 days or so as I rebook my ticket to Germany until the Court decides my Motion for Summary Judgment or informs me that I have Article III standing to challenge the ITTR based on my past flight denials and therefore submitting a Notice every time I rebook my ticket is unnecessary.

Respectfully submitted this 2nd day of December 2021.

*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com