eTicket Itinerary and Receipt for Confirmation 

From:  United Airlines, Inc. (receipts@united.com)



## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Note: There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:



| Flight 1 of 2 UA2264 | Class: United Economy (Y) |
|---|---|
| Fri, Dec 10, 2021 | Fri, Dec 10, 2021 |
| **01:45 PM** | **03:50 PM** |
| Orlando, FL, US (MCO) | Washington, DC, US (IAD) |

| Flight 2 of 2 UA989 | Class: United Economy (Y) |
|---|---|
| Fri, Dec 10, 2021 | Sat, Dec 11, 2021 |
| **05:30 PM** | **07:10 AM** |
| Washington, DC, US (IAD) | Frankfurt, DE (FRA) |

Traveler Details

WALL/LUCASE
eTicket number: 016

Purchase Summary