## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S NOTICE OF INTERNATIONAL
### FLIGHT REBOOKING FROM JAN. 10 TO JAN. 23

COMES NOW plaintiff, *pro se*, and asks the Court to please TAKE NOTICE that my United Airlines flight from Orlando to Frankfurt, Germany, to visit my brother and his wife has been rebooked from Jan. 10 to Jan. 23 since the Court was unable to rule on my Motion for Preliminary Injunction (Doc. 191) by the requested date of Jan. 8. Given this sixth or so – it is becoming hard to keep track – change to my flight to Germany to see my family (originally scheduled in June 2021), I continue to suffer irreparable harm of being deprived of my freedom of movement.

I now ask the Court to issue a decision on the Motion for Preliminary Injunction no later than **Friday, Jan. 21**, so I do not have to make yet another change to my ticket and continue to miss important time with my family who reside abroad –

relatives I have not seen in more than two years solely due to COVID-19 travel restrictions including the Federal Transportation Mask Mandate and International Traveler Testing Requirement. I hope this additional two weeks will allow the Court sufficient time to decide this critically important matter.

Respectfully submitted this 10th day of January 2022.

*Lucas Wall*

Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

# Trip to Frankfurt

## Confirmation number:

████████

Flight to Frankfurt

| DEPART | ARRIVE | FLIGHT INFO | |
|---|---|---|---|
| Sun, Jan 23, 2022 | Sun, Jan 23, 2022 | Flight | UA 2264 |
| 1:53 PM | 4:07 PM | Duration | 2h 14m |
| **MCO** | **IAD** | Aircraft | Boeing 737-900 |
| | | Fare Class | United Economy (Y) |
| Orlando, FL, US | Washington, DC, US | Meal | Meals are not offered for this flight |
| | | Seats | Select seat |
| | | Bags | 2 free bags |

1h 23m connection

| DEPART | ARRIVE | FLIGHT INFO | |
|---|---|---|---|
| Sun, Jan 23, 2022 | Mon, Jan 24, 2022 | Flight | UA 989 |
| 5:30 PM | 7:10 AM | Duration | 7h 40m |
| **IAD** | **FRA** | Aircraft | Boeing 787-10 Dreamliner |
| | | Fare Class | United Economy (Y) |
| Washington, DC, US | Frankfurt, DE | Meal | Dinner |
| | | Seats | Select seat |
| | | Bags | 2 free bags |

# Travelers

## Lucas E Wall

| FLIGHT | SEAT |
|---|---|
| MCO - IAD | Select |
| IAD - FRA | Select |

Traveler contact information
l**************d@yahoo.com

Known traveler number/Redress