UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCAS WALL,**

          **Plaintiff,**

v.                                      **Case No: 6:21-cv-975-PGB-DCI**

**CENTERS FOR DISEASE
CONTROL & PREVENTION,
DEPARTMENT OF HEALTH &
HUMAN SERVICES, GREATER
ORLANDO AVIATION
AUTHORITY and CENTRAL
FLORIDA REGIONAL
TRANSPORTATION
AUTHORITY,**

          **Defendants.**
_____/

## ORDER

Plaintiff Lucas Wall has exhibited a pattern of disrespect for this Court throughout this litigation.[1] Most recently, Plaintiff filed a Time-Sensitive Motion for Preliminary Injunction, and the Court struck the improper "time-sensitive" appellation, warning Plaintiff that future unwarranted designations of filings as "time-sensitive," "emergencies," or anything of like nature would result in the immediate revocation of Plaintiff's electronic filing privileges and other appropriate sanctions. (Docs. 191, 196). Despite the Court's admonition, on January 10, 2022, Plaintiff submitted a Notice of International Flight Rebooking,

---

[1] (*See* Docs. 2, 3, 5, 8, 9, 10, 14, 28, 33, 36, 46, 47, 55, 56, 67, 162, 168, 191, 196, 203).

in which he requests the Court to rule on the Motion for Preliminary Injunction "no later than" January 21, 2022, so that he can fly to Germany. (Doc. 203). While not designated as "time-sensitive" or an "emergency," the explicit demand for immediate attention amounts to such a label, and the Court cannot continually excuse Plaintiff's tiresome attempts to find loopholes to its Local Rules and impertinent disregard for the Court's busy docket. Thus, the Court hereby **REVOKES** Plaintiff's electronic filing privileges and **NOTIFIES** Plaintiff that future violations of the Court's Orders and Local Rules will result in monetary sanctions.

**DONE AND ORDERED** in Orlando, Florida on January 18, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties