# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** | : |
| Plaintiff, | : Case No. 6:21-cv-975-PGB-DCI |
| v. | : District Judge Paul Byron |
| **CENTERS FOR DISEASE CONTROL & PREVENTION** *et al.* | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF INTERNATIONAL FLIGHT REBOOKING FROM JAN. 23 TO JAN. 30 & URGENT NEED TO TRAVEL DUE TO FAMILY EMERGENCY

COMES NOW plaintiff, *pro se,* and asks the Court to please TAKE NOTICE that my United Airlines flight from Orlando to Frankfurt, Germany, to visit my brother has been rebooked yet again from Jan. 23 to Jan. 30 since the Court has obstinately refused to rule on my Motion for Preliminary Injunction (Doc. 191) by the requested date of Jan. 8 and then again by the second requested date of Jan. 21 (going so far as to sanction me for daring to even ask for a decision by a certain date; Doc. 211). Given this seventh or so – it is hard to keep track – change to my flight to Germany to see my family (originally scheduled in June 2021), I continue to suffer irreparable harm of being deprived of my freedom of movement because of the Federal Transportation Mask Mandate and International Traveler Testing Requirement challenged in this litigation.

1

I also ask the Court to please TAKE NOTICE of my urgent need to travel. My brother informed me last week that he and his wife have decided to separate. He is experiencing, unsurprisingly given the circumstances, a mental-health crisis. He wants the support of his only sibling, not just for his emotional needs but also for the chore of needing to find a new apartment and move. This long-delayed-by-the-government trip that has now become truly critical.

This Court has constantly made a point of declaring my need to travel to visit family not an emergency or time-sensitive. It has even issued a Sanctions Order for nothing but me requesting a ruling by a date certain. Doc. 211. Earlier today I filed numerous objections to that order. Doc. ____. I suppose I don't dare ask for a ruling by another specific day, but the Court's conduct will not deter me from asserting what is critically important to my family and me. To do otherwise would allow the Court to dehumanize me. I will not permit that to happen.

Respectfully submitted this 23th day of January 2022.

*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com