## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LUCAS WALL,**

        **Plaintiff,**

**v.**                                  **Case No: 6:21-cv-975-PGB-DCI**

**CENTERS FOR DISEASE
CONTROL & PREVENTION,
DEPARTMENT OF HEALTH &
HUMAN SERVICES, GREATER
ORLANDO AVIATION
AUTHORITY and CENTRAL
FLORIDA REGIONAL
TRANSPORTATION
AUTHORITY,**

        **Defendants.**
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

| PLEASE TAKE NOTE |
|---|
| All parties must thoroughly review the contents of this order, which shall govern all proceedings in this action, unless subsequently modified by written order for good cause shown. |

Having considered the Case Management Report prepared by the parties,

*see* Federal Rule of Civil Procedure 26(f) and Local Rule 3.02(b), the Court enters

this Case Management and Scheduling Order:

| **Mandatory Initial Disclosures** | As to claims against Federal Defendants: N/A<br><br>As to claims against GOAA and LYNX: 30 days after the Court has lifted the stay on discovery per Doc. 156. |
|---|---|

| | |
|---|---|
| **Motions to Add Parties or to Amend Pleadings** | 21 days after dispositive motions are decided on the claims pending against the Federal Defendants. |
| **Disclosure of Expert Reports** | The parties agree experts will not be disclosed. Accordingly, N/A. |
| **Discovery Deadline** | The Court will revisit this deadline after it has ruled on the pending dispositive motions. Until such time, discovery is stayed. |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | The parties agree *Daubert* motions will not be necessary. As for dispositive motions: The Magistrate Judge's Order setting deadlines for responses to pending dispositive motions (Doc. 248) is adopted and incorporated by reference. As to the Federal Defendants, the deadline for filing dispositive motions is 60 days from the date of the Court's ruling on Plaintiff's motion for preliminary injunction. GOAA and LYNX have filed motions to dismiss, and the deadline for filing motions for summary judgement is 60 days after the Court's ruling on Plaintiff's motion for preliminary injunction. |
| ***Meeting In Person* to Prepare Joint Final Pretrial Statement. Parties shall disclose to each other, in writing, whether any trial** | As to claims against the Federal Defendants: N/A |

| | |
|---|---|
| **witness will be appearing live at trial, or via deposition designation.  Parties shall be bound by their disclosures, which shall be incorporated into the Court's Final Pretrial Order.** | TBD after the Court rules on all pending dispositive motions. |
| ***Joint Final Pretrial Statement*** **(including a single set of jointly-proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form, and Deposition Designations). Also send Jointly-Proposed Jury Instructions and Verdict Form to Chamber's email [chambers_flmd_Byron@flmd.uscourts.gov] in Microsoft Word® format and send all full deposition transcripts the parties intend to designate for use at trial to the Court on a CD or thumb drive.** | As to claims against the Federal Defendants: N/A<br><br>TBD after the Court rules on all pending dispositive motions. |
| **Final Pretrial Conference** | As to the claims against the Federal Defendants: N/A<br><br>TBD after the Court rules on all pending dispositive motions. |
| **Trial Term Begins** | As to the claims against the Federal Defendants: N/A<br><br>TBD after the Court rules on all pending dispositive motions. |

**DONE AND ORDERED** in Orlando, Florida on March 4, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE