UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** | : |
| Plaintiff, | : Case No. 6:21-cv-975-PGB-DCI |
| v. | : District Judge Paul Byron |
| **CENTERS FOR DISEASE CONTROL & PREVENTION** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

2022 MAY -3 PM 3: 32  FILED

## NOTICE OF APPEAL

COMES NOW plaintiff, *pro se*, and hereby appeals to the United States Court of Appeals for the 11th Circuit the Court's order and judgment issued April 29, 2022, (Doc. 274) granting the Federal Defendants' Cross-Motion for Summary Judgment (Doc. 263) and denying my Motion for Summary Judgment Against Defendants CDC & HHS on Counts 1-12 of the Amended Complaint (Doc. 230).

I further appeal all previous rulings in this action concerning these Federal Defendants: Centers for Disease Control & Prevention, Department of Health & Human Services, Transportation Security Administration, Department of Homeland Security, and Department of Transportation. These should be noted as the five appellees.

These three defendants were dismissed and I do NOT appeal any decisions concerning such dismissal: Joseph Biden, in his official capacity as president of the

1

United States of America; Greater Orlando Aviation Authority; and Central Florida Regional Transportation Authority. These should not be parties to the appeal.

Submitted this 2nd day of May 2022.

_____
Lucas Wall, plaintiff
3601 Cosmos Way
The Villages, FL 32163
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, I e-mailed this notice to defense counsel:

Stephen Pezzi
Stephen.Pezzi@usdoj.gov

David Wood
David.Wood@akerman.com

Sally Culley
sculley@rumberger.com

_____
Lucas Wall, plaintiff